UNITED STATES of America, Plaintiff-Appellee,

v.

Adrian CHAVERS, Defendant-Appellant.

No. 15-11126
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(March 7, 2017)

Andrea G. Hoffman, Wifredo A. Ferrer, Susan R. Osborne, Emily M. Smachetti, Sivashree Sundaram, U.S. Attorney's Office, Miami, FL, Bruce E. Reinhart, McDonald Hopkins, LLC, West Palm Beach, FL, for Plaintiff-Appellee

Mark Clifford Katzef, Mark C. Katzef, PA, Aventura, FL, Adrian Chavers, Coleman, FL, for Defendant-Appellant

Before WILSON, ROSENBAUM, and EDMONDSON, Circuit Judges.

PER CURIAM:

Adrian Chavers appeals the district court's denial of his motion—based on Amendment 782 to the Sentencing Guidelines—to reduce his sentence, pursuant to § 3582(c)(2). The district court correctly concluded that Chavers was ineligible for a sentence reduction. Amendment 782 did not lower his guidelines range. Amend-

ment 782 only impacts on the guideline ranges under § 2D1.1(c). Chavers was sentenced using the guideline provisions in U.S.S.G. § 2D1.1(d), § 2A1.1, and § 5G1.2(a).

AFFIRMED.